IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DADRAIN DATWONE BANKS                                                                PLAINTIFF

v.                                        Case No. 6:20-cv-6075

SERGEANT FORD, DEPUTY SANCHEZ,
CORPORAL COUCH, CAPTAIN HALVERSON,
LIEUTENANT STAPLETON, SERGEANT S.
HARMON, NURSE JASON, NURSE BJ,
NURSE BLEVINES, DEPUTY REEDY,
DEPUTY WAUNDERLIN, DEPUTY BLUNKEL,
LIEUTENANT JAMISON, DEPUTY HARRELL,
DEPUTY TILLY, LIEUTENANT ANSLEY,
and DEPUTY CALDWELL
(All of Garland County Detention Center)                                          DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed August 14, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 43.  After screening Plaintiff's Complaint (ECF No. 2) pursuant to the Prison Litigation Reform Act (PLRA) and 28 U.S.C. § 1915A, Judge Bryant recommends that the following claims proceed:

1.  Plaintiff's official and personal capacity claims against Deputy Cooper for the alleged excessive use of force prior to his Haldol injection on July 19, 2020.

2. Plaintiff's official and personal capacity claims against Nurse Jason for the alleged unauthorized and forced administration of Haldol, an antipsychotic drug, on July 19th, September 28th, and September 29th of 2020.

3. Plaintiff's official capacity excessive force claim against Deputy Cooper for pepper-spraying him through the trapdoor in his cell on September 28th and 29th of 2020.

      4. Plaintiff's official capacity excessive force claim against Sergeant Ford and Lieutenant Stapleton for strapping him into a restraint chair for eight hours and refusing to let him out to use the toilet on September 28th and 29th of 2020.

ECF No. 43, p. 9. Judge Bryant recommends dismissal of all other claims in the complaint.

      No party has filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 43) *in toto*. The claims listed above against Defendants Cooper, Jason, Ford, and Stapleton can proceed. All remaining claims in Plaintiff's Complaint (ECF No. 2) are hereby **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 2nd day of April, 2021.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge